**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| IN RE: AIR CRASH OVER THE SOUTHERN INDIAN OCEAN ON MARCH 8, 2014 <br><br> **This Document Relates To:** <br><br> Ries v. Malaysian Airline System Berhad <br> Docket No. 1:16-cv-1061(KBJ) | MDL Docket No: 2712 <br> Misc. No. 16-1184 (KBJ) |

## NOTICE OF SETTLEMENT

Please take notice that Plaintiff, William Campbell Ries, as Administrator of the Estate of Mei Ling Ch'ng, deceased, and Defendant, Malaysian Airline System Berhad, have reached a settlement in the above referenced case. Formal settlement agreements will be circulated between the parties for review and approval.

Pursuant to the Court's General Guidelines, the parties understand that it is the Court's practice to issue a provisional order of dismissal that allows the parties to reopen the case within 45 days if they are unable to consummate settlement. Due to the complexity of this matter, its international nature, and the great distances involved in executing formal settlement agreements in Malaysia, Plaintiff, with consent of the Defendant, respectfully requests the Court to issue a provisional order of dismissal allowing the parties to reopen the case within 90 days.

DATED this 19th day of August, 2016.

Respectfully submitted,

KREINDLER & KREINDLER LLP

By    /s/ Justin T. Green
      Justin T. Green
      Kreindler & Kreindler LLP
      750 Third Avenue
      New York, NY 10017-2703
      Tel: (212) 973-3403 ·
      Fax: (212) 972-9432
      jgreen@kreindler.com
      Counsel for Plaintiff William Campbell Ries in
      Case No. 1:16-cv-01061-KBJ

**CERTIFICATE OF SERVICE**

   The undersigned certifies that on August 19, 2016, pursuant to Fed. R. Civ. P. 5 and LCvR 5.3, a true and correct copy of the foregoing Notice of Settlement was filed with the Clerk of the Court using the CM/ECF System, which will send notification of such filing to the attorneys of record for all parties at the email addresses on file with the Court.

            /s/ Justin T. Green
            Justin T. Green
            Kreindler & Kreindler LLP
            750 Third Avenue
            New York, NY 10017-2703
            Tel: (212) 973-3403 ·
            Fax: (212) 972-9432
            jgreen@kreindler.com
            Counsel for Plaintiff William Campbell Ries in
            Case No. 1:16-cv-01061-KBJ